UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

S.H.,                                                                    Court File No. 15-cv-03667 RHK/BRT

          Plaintiff,

vs.

Robert J. Vogelsberg, individually
and in his official capacity; and the City of
Faribault,

          Defendants.

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, Plaintiff's claims against the City of Faribault and Robert Vogelsberg may be, and hereby are, dismissed on their merits and with prejudice but without costs or attorney's fees to any party, whether under 42 U.S.C. §1988, Minn. Stat. §549.21 or otherwise.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiff's claims, without costs, attorneys' fees, or disbursements to any of the parties, may be entered herein.

The undersigned hereby pray for an Order of the Court dismissing all claims with prejudice.

                                                IVERSON REUVERS CONDON

Dated: December 4, 2015                    By  s/Susan M. Tindal
                                                  Jon K. Iverson (146389)
                                                  Susan M. Tindal (330875)
                                            Attorneys for Defendants Daniel
                                            Collins and the City of Faribault
                                            9321 Ensign Avenue South
                                            Bloomington, MN  55438
                                            (952) 548-7200

Dated: December 4, 2015                    GOETZ & ECKLAND P.A.


                                            By:      *s/*Fredrick J. Goetz
                                            FREDERICK J. GOETZ (#185425)
                                            Banks Building
                                            615 First Avenue N.E., Suite 425
                                            Minneapolis, MN 55413
                                            (612) 874-1552
                                            Attorneys for Plaintiff